Running Head: Strike

2

*For the District of Puerto Rico*

**Jawsome Tours to Culebra Island, LLC,**
**Culebra Island Municipality,**
**Mayor Edwin Junto Romero,**

   *Plaintiff,*

   v.

**Pedro Rafael Pierluisi,**
**SVI Investment Group,**
**Daniel W. Shelly,**

   *Defendants.*

*Case No. 23 CV 01177-SCC*

---

**MOTION TO STRIKE**

*TO THE HONORABLE JUDGE:*

Our **Grandfather Island, Cayo Norte Island,** is a matter of great significance in Puerto Rico. It involves the history of our family's ownership without any liens on the island. Unfortunately, the island was lost in a foreclosure five years ago.

Jawsome Tours to Culebra Island, our family travel company, commenced efforts two years ago to repurchase Cayo Norte Island through Jawsome Tours. The intention is to produce a documentary on Cayo Norte, promote tourism to Culebra Island, and generate employment opportunities for the local community. Additionally, we aim to share the rich history of Cayo Norte Island, where our grandfather lived to the remarkable age of 103.

We respectfully request Your Honor to facilitate a meeting with the Governor of Puerto Rico, the Mayor of Culebra Island, and SVI Investment Group. The purpose of this meeting is to collaboratively develop a business plan, including the establishment of a new private ferry service to Culebra Island, creating revenue streams for both parties.

The plan involves Jawsome Tours and SVI Investment Group working together to be grandfathered in as a tourism company for Cayo Norte Island, with the ultimate goal of transferring ownership to Culebra Island Municipality. We envision a cooperative effort that benefits all stakeholders, including the local community.

Our family travel company, Jawsome Tours, is committed to giving back to the people of Culebra Island. We aspire to bring tourism, sell shark merchandise, and organize private tours to Cayo Norte Island. Furthermore, we propose the introduction of Jawsome Shark Trolley Buses on the island to enhance transportation services and contribute to the local economy.

Running Head: Strike

3

We seek Your Honor's assistance in convening a meeting with all involved parties to negotiate an amicable resolution. This discussion should cover topics such as tourism revenue allocation, ownership transfer, and collaboration opportunities.

Thank you for your attention to this matter.

Sincerely,

*[signature]*
Andrew J. Kampuries
Jawsome Tours, LLC

[Signature]
[Notary]

State of CT County of Hartford
The foregoing instrument was acknowledged before me this 6 day of February, 20 24,
by _____
_____ Notary Public
My Commission Expires 3/31/2026