

### e: Cayo letter
message

Tue, Feb 6, 2024 at 11:16 A?

ndrew Kampuries <culerbrakid212@gmail.com>
o: Andrew Kampuries <culerbrakid212@gmail.com>

Hondable Judge

. This is survey fraud on Cayo Norte Island the property...... The surveyor and the lawyers stating the property is a lot smaller... It could be an oversight....our company is looking to hire our own survey company to resurvey cayo Norte Island. To investigate survey fraud.... missing 100 acres.....we believe to surveyor miscalculated 100 acres when Kia note the island is the biggest island in the virgin private islands around 300 acres.
Well I'm asking the courts on the oversight that that's our property to be grandfathered in....and be partnership with SBI investment group our company is developing big projects in Manhattan we're a big investment group as well... Like the builder retirement community on culebra Island and leave cayo.norte island with the goats....and tell the history about our grandfather living to 103 was evicted off his Island.of a Miss payment where we could refinance the island at the time and take another loan out and we weren't allowed to we will force the sell while my grandfather was 99 years old living..
our family jawsome tours to have partnership on any development on cayo Norte Island our family construction company will have permission to build hotel with the remaining acres that were missed at the auction.
and true fact that the island is a lot larger than on the deed..at auction they said it was $200 acres the survey over sight 100 acres...
How can an island sell for 5-10 million in an auction owing $250,000 and turn around and flip it for 36 million.dollars way reaction to courts to investigate. survey fraud....
....our company jawsome tours.com t in Puerto Rico to over turn the ownership to the original owners family..
.our deed island says it's a lot bigger than what the auction said on the deed looking to overturn the ownership and put it back into culebra Island municipality..
Thank you for the attention above
Andrew kampuries

State of CT County of Hartford
The foregoing instrument was acknowledged before me this 6 day of February, 20 24,
by _____
_____ Notary Public
My Commission Expires 3/31/2026

jawsome tours to culebra Island.
Jawsome tours.com.
Our company is looking to fix up the stadium on culebra Island possibly make it Goya Park
Our company is shark Park Jawsome Park Goya Park to have a professional soccer team coming to culebra Island..
Our grandfather from Brooklyn NY took us as kids to culebra Island and he own he's own island... called.....Cayo Norte..... that was our family island.....all the years passed Im a retired ny city sanitation worker started my company jawsome tours to culebra Island...our company owns a shark boat for advertisement to tell the history growing up on culebra Island Cayo Norte...... our grandfather island Cay? Norte.. will have pictures on the wall in ..our restaurant is to have comedy music venue for our customers....we would like to build a supermarket on culebra Island..and fix up the sports stadium to bring a professional soccer team to culebra Island.and minor league baseball team as well...our shark merchandise will help off pay for our family retirement community in the name of our grandfather That live to 103..
Our family is looking forward possibly to sponsor our up coming swimsuit tournament volleyball on the beach tournaments Domino tournaments fishing tournaments and give back to the culebra Island people and the municipality that's been hurt due to the fact of hurricane has hurt our Island it needs to be promoted......the Goya emblem on our shark boat for advertisement...
our family would love have you partners on our travel company jawsome tours to culebra Island.
Our family is excited to work with Goya company.... and have Goya Park!!!! Shark stadium our family company can a retirement community in culebra Island in the memories of our grandfather living to 103 developer On culebra Island.
And bring soccer team and professional baseball to culebra Island.and build a supermarket on culebra Island I'm reaching out to bring business to culebra Island together with jawsome tours company.
Looking forward possibly meeting you and going over commitment to revitalize the island together.
Thanks again for the attention above.
Andrew kampuries.
Jawsome tours to culebra Island.

and true fact that the island is a lot larger than on the deed... How can an island sell for 5-10 million in an auction owing $250,000 and turn around and flip it for 36 million.dollars way reaction to courts to investigate. survey fraud....
....our company jawsome tours.com t in Puerto Rico to over turn the ownership to the original owners family..

.our deed island says it's a lot bigger than what the auction said on the deed looking to overturn the ownership and put it back into culebra Island municipality..
Thank you for the attention above
Andrew kampuries


jawsome tours to culebra Island.
Jawsome tours.com.
Our company is looking to fix up the stadium on culebra Island possibly make it Goya Park
Our company is shark Park Jawsome Park Goya Park to have a professional soccer team coming to culebra Island..
Our grandfather from Brooklyn NY took us as kids to culebra Island and he own he's own island... called.....Cayo Norte..... that was our family island.....all the years passed Im a retired ny city sanitation worker started my company jawsome tours to culebra Island...our company owns a shark boat for advertisement to tell the history growing up on culebra Island Cayo Norte...... our grandfather island Cayo Norte.. will have pictures on the wall in ..our restaurant is to have comedy music venue for our customers....we would like to build a supermarket on culebra Island..and fix up the sports stadium to bring a professional soccer team to culebra Island.and minor league baseball team as well...our shark merchandise will help off pay for our family retirement community in the name of our grandfather
That live to 103..
Our family is looking forward possibly to sponsor our up coming swimsuit tournament volleyball on the beach tournaments Domino tournaments fishing tournaments and give back to the culebra Island people and the municipality that's been hurt due to the fact of hurricane has hurt our Island it needs to be promoted......the Goya emblem on our shark boat for advertisement...
our family would love have you partners on our travel company jawsome tours to culebra Island.
Our family is excited to work with Goya company.... and have Goya Park!!!! Shark stadium our family company can a retirement community in culebra Island in the memories of our grandfather living to 103 developer On culebra Island.
And bring soccer team and professional baseball to culebra Island.and build a supermarket on culebra Island I'm reaching out to bring business to culebra Island together with jawsome tours company.
Looking forward possibly meeting you and going over commitment to revitalize the island together.
Thanks again for the attention above.
Andrew kampuries.
Jawsome tours to culebra Island.

State of CT County of Hartford
The foregoing instrument was acknowledged before me this 6 day of February, 2024.
by _____
_____ Notary Public
My Commission Expires 3/31/2026

## The fraudulent survey

Also called fictitious surveys, fraudulent surveys seem to be one of those things not well-defined, or defined anywhere in the usual places, but are generally known by those who encounter them. Merriam-Webster defines fraud as intentional perversion of truth in order to induce another to part with something of value or to surrender a legal right. In some ways "fictitious surveys" better defines what surveyors encounter as "bogus" surveys, those that did not adhere to proper practice or rules of law. If one makes a study of original surveys, one begins to wonder whether such an anomaly is even a survey at all, certainly not by normal practice, or according to standard and accepted rules of law. If indeed it is not a survey, and since the requirement is to follow the footsteps it created, other than to show how outrageously erroneous it is, may not apply as satisfying a basic rule of law. Space requirements do not allow a discussion of the necessary rules. To make it simple for the reader, consult the Florida decision in *Rivers v. Lozeau*[2], which should provide the basics of understanding. The goal of this writing is to present some of the known swindles and deficiencies. It is not possible to suggest ways of dealing with them, as each one is a different set of issues, and must be dealt with on a case-by-case basis.


# Google cofounder Larry Page quietly bought a Puerto Rico island for $32 million, records sho

The greatest crime these duplicitous surveyors commit is going to the land to **chart fake coordinates** and that to me kills the potential buyer. Naturally, a surveyor should take coordinates of the area using their GPS machine to compare it with the master plan obtainable at the Surveyor general's office, instead, these **Quacks surveyors bank on the ignorance of everyone, pick fake coordinates and tell the buyer it is free from acquisition while the buyer would accept it without asking questions**. By the time buyer decides to use this dodgy survey plan to perfect his governor's consent, ratification or title documents, he will get a letter from Alausa querying the survey plan stating the property is not free from Government acquisition, has wrong charting coordinates or that land that should ordinarily be located in Epe will be showing Ibeju Lekki on the master survey plan at Alausa.

**Cayo Norte**, formerly **West Key**[1] or **North East Key** is the largest privately owned island in Puerto Rico and is currently the property of Google co-founder Larry Page[2] via SVI Investments, Inc.[3] The island is located about 0.6 nautical mile (1.0 km) northeast of Culebra Island.[4] It lies 21 nautical miles (36 km) east of Puerto Rico and 12 nautical miles (20 km) west of St. Thomas, U.S. Virgin Islands. The island is part of the municipality of Culebra and therein of the barrio San Isidro. It is the only privately owned island in the Culebra archipelago,[5] and is not part of the Culebra National Wildlife Refuge as are most of the other nearby islands and keys.

# Google cofounder Larry Page quietly bought a Puerto Rico island for $32 million, records sho



Jeff chiu/ap photo; Getty Images; Alyssa Powell/BI

Larry Page has spent the last decade amassing an impressive collection of private islands. It's even bigger than we thought.

The Google cofounder purchased Cayo Norte, a large private island in Puerto Rico, in 2018, according to documents reviewed by Business Insider.

Page picked up the island for $32 million using a limited liability company named US Virgin Island Properties, which BI previously identified as one Page had used for buying islands across the Caribbean. Page and his wife, Lucinda Southworth, are "the trustees of the sole owners of US Virgin — the highest ranking position" at the entity, according to a legal motion filed by the LLC in 2017.

**Distort survey plans, forge signatures, steal (Free from Acquisition) Stamps from licensed surveyors, fabricate square meters to make a land look large but by the time the land is being measured after purchase, you will discover its some few hundred meters short. They also fail to put the beacon numbers on the land to reflect the beacon points where the property starts and ends. They also re-create fictious existing roads that would never be approved and generally destroy the plan of the whole community.**

The greatest crime these duplicitous surveyors commit is going to the land to <u>**chart fake coordinates**</u> and that to me kills the potential buyer. Naturally, a surveyor should take coordinates of the area using their GPS machine to compare it with the master plan obtainable at the Surveyor general's office, instead, these <u>**Quacks surveyors bank on the ignorance of everyone, pick fake coordinates and tell the buyer it is free from acquisition while the buyer would accept it without asking questions**</u>. By the time buyer decides to use this dodgy survey plan to perfect his governor's consent, ratification or title documents, he will get a letter from Alausa querying the survey plan stating the property is not free from Government acquisition, has wrong charting coordinates or that land that should ordinarily be located in Epe will be showing Ibeju Lekki on the master survey plan at Alausa.

With this in mind, I will try to educate you guys about 9 pros and cons of a survey plan and what you should watch out for. I will give you some practical experiences I have encountered previously so as to guide and aid you to avoid making the same mistakes a lot of Nigerians including yours truly encountered in the hands of these unprincipled surveyors. Its quite a long read so get your cup of coffee and enjoy the ride.

The first thing you have to look out for in a survey plan is the **Name**. An example or illustration of a survey plan with the name is attached above. Without the name of the owner of the property written properly, the whole survey plan is void. A simple spelling mistake of the name of the property owner can nullify the whole survey plan and it's very important to make sure you look at the name properly before accepting it from the surveyor.

## CASE STUDY:

A buyer approached a property speculator whose name was Mr. **DIPO** AJIBOLA to purchase his property. He asked for his survey plan to conduct his own independent verification to confirm whether the land was free. When the buyer got to the Surveyor general's office to verify if Mr. **DIPO** AJIBOLA's survey was duly registered and lodged, he found another person with the name Mr. **DAPO** AJIBOLA who purchased land in the same area and registered his own (Notice the difference in names between **DIPO and DAPO**) Apparently the Omoniles had discovered this error and did not alert the true owner of the land Mr. **DIPO** AJIBOLA and the owner himself did not spot it in time.

It was very difficult for Mr. **DIPO** AJIBOLA to do a change of name correction and even prove he was the owner of the land. The mental stress and anguish Mr **DIPO** AJIBOLA encountered during that period was unimaginable because once the name has been lodged in the database or original list as the true owner of the survey, it means all other documents must follow the same pattern because of that name problem and it automatically leads to identity theft or false misrepresentation of that person.

As for the surveyor, he is nowhere to be found since and the real Mr. **DIPO** AJIBOLA had to spend money again to redo the survey plan in his name and pay other fees to rectify that simple error before he could attempt to resell the land. So Once you see the slightest spelling error in the name from a Survey Plan, be very

what surveyors encounter as "bogus" surveys, those that did not adhere to proper practice or rules of law. If one makes a study of original surveys, one begins to wonder whether such an anomaly is even a survey at all, certainly not by normal practice, or according to standard and accepted rules of law. If indeed it is not a survey, and since the requirement is to follow the footsteps it created, other than to show how outrageously erroneous it is, may not apply as satisfying a basic rule of law. Space requirements do not allow a discussion of the necessary rules. To make it simple for the reader, consult the Florida decision in *Rivers v. Lozeau*[2], which should provide the basics of understanding. The goal of this writing is to present some of the known swindles and deficiencies. It is not possible to suggest ways of dealing with them, as each one is a different set of issues, and must be dealt with on a case-by-case basis.

## Google cofounder Larry Page quietly bought a Puerto Rico island for $32 million, records sho



s

☐Jeff chiu/ap photo; Getty Images; Alyssa Powell/BI

Larry Page has spent the last decade amassing an impressive collection of private islands. It's even bigger than we thought.

The Google cofounder purchased Cayo Norte, a large private island in Puerto Rico, in 2018, according to documents reviewed by Business Insider.

Page picked up the island for $32 million using a limited liability company named US Virgin Island Properties, which BI previously identified as one Page had used for buying islands across the Caribbean. Page and his wife, Lucinda Southworth, are "the trustees of the sole owners of US Virgin — the highest ranking position" at the entity, according to a legal motion filed by the LLC in 2017.

**Distort survey plans, forge signatures, steal (Free from Acquisition) Stamps from licensed surveyors, fabricate square meters to make a land look large but by the time the land is being measured after purchase, you will discover its some few hundred meters short. They also fail to put the beacon numbers on the land to reflect the beacon points where the property starts and ends. They also re-create fictious existing roads that would never be approved and generally destroy the plan of the whole community.**

The first thing you have to look out for in a survey plan is the **Name**. An example or illustration of a survey plan with the name is attached above. Without the name of the owner of the property written properly, the whole survey plan is void. A simple spelling mistake of the name of the property owner can nullify the whole survey plan and it's very important to make sure you look at the name properly before accepting it from the surveyor.

**CASE STUDY:**

A buyer approached a property speculator whose name was Mr. **DIPO** AJIBOLA to purchase his property. He asked for his survey plan to conduct his own independent verification to confirm whether the land was free. When the buyer got to the Surveyor general's office to verify if Mr. **DIPO** AJIBOLA's survey was duly registered and lodged, he found another person with the name Mr. **DAPO** AJIBOLA who purchased land in the same area and registered his own (Notice the difference in names between **DIPO and DAPO**) Apparently the Omoniles had discovered this error and did not alert the true owner of the land Mr. **DIPO** AJIBOLA and the owner himself did not spot it in time.

It was very difficult for Mr. **DIPO** AJIBOLA to do a change of name correction and even prove he was the owner of the land. The mental stress and anguish Mr **DIPO** AJIBOLA encountered during that period was unimaginable because once the name has been lodged in the database or original list as the true owner of the survey, it means all other documents must follow the same pattern because of that name problem and it automatically leads to identity theft or false misrepresentation of that person.

As for the surveyor, he is nowhere to be found since and the real Mr. **DIPO** AJIBOLA had to spend money again to redo the survey plan in his name and pay other fees to rectify that simple error before he could attempt to resell the land. So Once you see the slightest spelling error in the name from a Survey Plan, be

