IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANDREW J. KAMPURIES,<br><br>Plaintiff,<br><br>v.<br><br>SVI INVESTMENTS ET AL.,<br><br>Defendants. | CIV. NO. 23-1177 (SCC) |

## JUDGMENT

In view of the Opinion and Order at Docket No. 21, this action is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of April 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE